IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-008
)
MARK CRAIG BRYAN, )
)
    Defendant. )
)

## O R D E R

After careful consideration, the above-captioned case is reassigned to the Honorable Lisa Godbey Wood, Chief Judge, for plenary disposition or further assignment.

SO ORDERED this 10th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

