# United States District Court

**SOUTHERN DISTRICT OF GEORGIA**

SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR417-8**

United States of America

vs.

**Mark Craig Bryan**

**1:58 - 2:22**

Defendant/Age

**Marcela Mateo**

U. S. Attorney

**Dennis Dozier**

Attorney for Defendant

- [x] Plea agreement **(Received).**    [x] Defendant Sworn    [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead ________ to count(s) ________ .
- [x] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count two (2)** of the indictment.
- [x] Factual basis **Established.** **Oral.**    Witness for factual basis **S/A William Kirkconnell** .
- [ ] Adjudication of guilt ________
- [x] Referred to probation office for pre-sentence investigation **Yes.**
- [x] Sentencing Scheduled for **TBD** at **Later date** .
- [ ] Bond Continued ___    Bond modified to ________ .

  Bond set at ________ ________
- [ ] Bond not made defendant in jail.
- [x] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, Chief Judge U. S. District Cou**    Date **03/24/2017**

Court Reporter **Debra Gilbert**    Probation Officer **Sarah Railling**

Courtroom Deputy Clerk **Whitney Sharp**    U.S. Marshal